# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

November 12, 2008

Charles R. Fulbruge III
Clerk

No. 08-60632
Summary Calendar

TIMOTHY G. PRYER,
Himself and on Behalf of Some Twelve Hundred Others,

Plaintiff-Appellant,

v.

HALEY BARBOUR, Mississippi Governor,
Individually and in Official Capacity;
JIM HOOD, Mississippi Attorney General,
Individually and in Official Capacity;
PAUL S. FUNDERBURK, Judge,
Individually and in Official Capacity;
THOMAS J. GARDNER, III, Judge,
Individually and in Official Capacity;
SHARION AYCOCK, Former Judge,
Individually and in Official Capacity;
JOHN R. YOUNG, District Attorney,
Individually and in Official Capacity;
LORI NAIL BASHAM, Public Defender,
Individually and in Official Capacity;
JOHN HELMERT, Public Defender,
Individually and in Official Capacity,

Defendants-Appellees.

Appeal from the United States District Court
for the Southern District of Mississippi
No. 3:07-CV-707

Before SMITH, STEWART, and SOUTHWICK, Circuit Judges.

PER CURIAM:*

Timothy Pryer, a Mississippi inmate appearing pro se, sued various public officials, requesting their removal from office. In a thorough and convincing Memorandum Opinion entered May 20, 2008, the district court explained why this action is entirely frivolous. The court dismissed with prejudice for failure to state a claim.

Essentially for the reasons given by the district court, we DISMISS the appeal as frivolous. See 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.